IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DWIGHT D. RICE, DDS, an individual,<br><br>        Plaintiff/Counterdefendant,<br><br>v.<br><br>UNION CENTRAL LIFE INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant/Counterclaimant. | Case No. CV-05-216-S-BLW<br><br><br>**STIPULATED PROTECTIVE ORDER** |

      Pursuant to the stipulation entered by the parties and good cause appearing therefore:

      IT IS HEREBY ORDERED, AND THIS DOES ORDER that:

      1.    Any and all documents produced by either party during the course of discovery shall be held in confidence by the recipient, who shall be limited from further disclosing said documents to anyone other than the party, the party's agents, the party's attorney, or expert witnesses retained by the party;

      2.    Any and all documents produced by either party during the course of discovery shall be used only for the purposes of evaluating, investigating, pursuing, or defending the claims of the parties as it relates to the issues presented in this litigation;

      3.    Any and all documents produced by either party during the course of discovery shall be either returned to the disclosing party or destroyed at the completion of this suit, including, but not limited to, any copies of discovery documentation provided

to any agent or employee of any party, including, but not limited to, corporate representatives and/or expert witnesses; and

      4.      Any party found to have violated any of the terms of this agreement shall be subject to contempt proceedings before the United States District Court for the District of Idaho, either during or after the completion of the litigation in this case.

IT IS FURTHER ORDERED that this Stipulated Protective Order shall continue in effect perpetually unless released by this Court or a stipulation is entered by the parties hereto.



DATED: **May 11, 2006**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge